■ In the Matter of SILK & BUNKS, P. C., Petitioner, v̇ EDWARD J. GREENFIELD, Respondent. — Petition for judgment, pursuant to CPLR article 78, in the nature of a writ of mandamus, compelling respondent to render a decision

in motions now pending before him in the action *Silk & Bunks v Danzig,* granted, without costs and without disbursements, and without opinion. Settle judgment. Concur — Sandler, J. P., Sullivan, Silverman, Fein and Kassal, JJ.